*ISRIEMS, PARTE*

AKIN GUMP STRAUSS HAUER & FELD LLP
Richard J. Rabin (RR-0037)
James P. Chou (JP-2629)
Peter Guirguis (PG-2168)
590 Madison Avenue
New York, NY 10022
(212) 872-1000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCIVANTAGE, INC.,

Plaintiff,

-against-

WOLTERS KLUWER N.V., WOLTERS KLUWER,
N.A., WOLTERS KLUWER FINANCIAL SERVICES
INC., CCH INCORPORATED, CHRISTOPHER A.
CARTWRIGHT, BRIAN LONGE, BRUCE LENZ,
DAVID STEPHENS, CHARLES ROSS, JOSEPH
HONOR, and JOHN DOES 1-10,

Defendants.

---

Index No. 07-CV-_____

## ORDER TO FILE UNDER SEAL

Due to the confidential nature of the information at issue in the above-captioned action, it

is hereby

*Plaintiff*

ORDERED that the Complaint filed with this Court by ~~Defendants~~ on April 25, 2007 in

connection with the above-captioned matter shall be filed under seal.

Entered: April 26, 2007
New York, NY

United States District Judge
*PART I*

MICROFILM   APR 27 2007 -9:00 AM