UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCIVANTAGE, INC.,

                Plaintiff,

-against-

WOLTERS KLUWER N.V., WOLTERS KLUWER, N.A., WOLTERS KLUWER FINANCIAL SERVICES INC., CCH INCORPORATED, CHRISTOPHER A. CARTWRIGHT, BRIAN LONGE, BRUCE LENZ, DAVID STEPHENS, CHARLES ROSS, JOSEPH HONOR, and JOHN DOES 1-10,

                Defendants.

Index No. 07-CIV-3329

DECLARATION OF JAMES P. CHOU IN SUPPORT OF THE ORDER TO FILE UNDER SEAL

---

I, James P. Chou, hereby declare under penalty of perjury:

1.    I am an attorney at the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which represents plaintiff Scivantage, Inc. in the above-referenced matter. I respectfully submit this Declaration in Support of the Order to File Under Seal.

2.    The Complaint filed in the above-captioned matter contains confidential and proprietary information about the business of the Plaintiff, and other information which is subject to a protective order in the related matter *Wolters Kluwer Financial Services, Inc. v. Scivantage, et al*, No. 07-cv-02352 (HB).

3.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2007
       New York, New York

                                                    _____
                                                        JAMES P. CHOU