**07 CV 3329**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCIVANTAGE, INC.,

                Plaintiff,

-against-

WOLTERS KLUWER N.V., WOLTERS KLUWER, N.A., WOLTERS KLUWER FINANCIAL SERVICES INC., CCH INCORPORATED, CHRISTOPHER A. CARTWRIGHT, BRIAN LONGE, BRUCE LENZ, DAVID STEPHENS, CHARLES ROSS, JOSEPH HONOR, and JOHN DOES 1-10,

                Defendants.

Index No. 07-CV-____



RECEIVED
APR 26 2007

## SCIVANTAGE, INC. RULE 7.1 DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Scivantage, Inc. ("Scivantage") states through its undersigned counsel that it is a private non-governmental corporate party. Scivantage has no parent company and no publicly traded company owns 10% or more of its stock.

Dated: April 25, 2007
New York, New York

                Respectfully submitted,

              AKIN GUMP STRAUSS HAUER & FELD LLP

              By: *[signature]*
              Richard Rabin (RR-0037)
              James P. Chou (JC-2629)
              Peter Guirguis (PG-2168)
              New York, New York 10022
              (212) 872-1000