UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SCIVANTAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WOLTERS KLUWER N.V., WOLTERS KLUWER, N.A., WOLTERS KLUWER FINANCIAL SERVICES, INC., CCH INCORPORATED, CHRISTOPHER A. CARTWRIGHT, BRIAN LONGE, BRUCE LENZ, DAVID STEPHENS, CHARLES ROSS, JOSEPH HONOR, and JOHN DOES 1-10, <br><br> Defendants. | No. 07cv3329 <br> *Electronically Filed* |

## NOTICE OF APPEARANCE OF BRIAN J. FISCHER

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this matter for defendants Wolters Kluwer N.V., Wolters Kluwer, N.A., Wolters Kluwer Financial Services, Inc., CCH Incorporated, Christopher A. Cartwright, Brian Longe, Bruce Lenz, David Stephens, Charles Ross, and Joseph Honor.

I certify that I am admitted to practice in this Court.

Dated: May 1, 2007

JENNER & BLOCK LLP

s/Brian J. Fischer
Brian J. Fischer (BF-4303)
919 Third Avenue
37th Floor
New York, New York 10022
Tel: (212) 891-1600
Fax: (212) 891-1699

*Attorneys for Defendants Wolters Kluwer N.V., Wolters Kluwer, N.A., Wolters Kluwer Financial Services, Inc., CCH Incorporated, Christopher A. Cartwright, Brian Longe, Bruce Lenz, David Stephens, Charles Ross, and Joseph Honor*

## CERTIFICATE OF SERVICE

I, Harry Sandick, hereby certify that on May 1, 2007, I caused to be served copies of the foregoing **Notice of Appearance of Brian J. Fischer** upon counsel on the service list below by ECF.

## SERVICE LIST

Richard J. Rubin
Akin Gump Strauss Hauer & Field LLP
590 Madison Avenue
New York, NY 10022

*Attorneys for plaintiff*