UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/07

|  |  |
|---|---|
| SCIVANTAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WOLTERS KLUWER N.V., WOLTERS KLUWER, N.A., WOLTERS KLUWER FINANCIAL SERVICES, INC., CCH INCORPORATED, CHRISTOPHER A. CARTWRIGHT, BRIAN LONGE, BRUCE LENZ, DAVID STEPHENS, CHARLES ROSS, JOSEPH HONOR, and JOHN DOES 1-10, <br><br> Defendants. | No. 07cv3329 (HB) <br><br> **STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Scivantage, Inc., ("Scivantage") and defendants Wolters Kluwer N.V., Wolters Kluwer, N.A., Wolters Kluwer Financial Services, Inc., CCH Incorporated, Christopher A. Cartwright, Brian Longe, Bruce Lenz, David Stephens, Charles Ross, and Joseph Honor (collectively, the "WKFS Defendants"), through their counsel, that the time in which the WKFS Defendants must answer, move or otherwise respond to Scivantage's Complaint shall be extended to and include June 18, 2007.

**SIGNATURES ON NEXT PAGE**

Respectfully submitted,

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **JENNER & BLOCK LLP** |
| *Attorneys for Plaintiff* | *Attorneys for the WKFS Defendants* |
| 590 Madison Avenue | 919 Third Avenue, 37th Floor |
| New York, New York 10022 | New York, New York 10022 |
| (212) 756-2000 | (212) 891-1600 |
| By: _____ | By: _____ |
| Richard J. Rabin (RR-0037) | Harry Sandick (HS-2955) |
| James P. Chou (JP-2629) | Brian J. Fischer (BF-4303) |
| Peter Guirguis (PG-2168) | |

Dated: New York, New York
       May 16, 2007

IT IS SO ORDERED THIS 24
DAY OF MAY 2007.

_____
The Honorable Harold Baer
United States District Judge

2