```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07
```

RECEIVED JUL 2 3 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCIVANTAGE, INC.,

        Plaintiff,

v.

WOLTERS KLUWER N.V., WOLTERS KLUWER, N.A., WOLTERS KLUWER FINANCIAL SERVICES, INC., CCH INCORPORATED, CHRISTOPHER A. CARTWRIGHT, BRIAN LONGE, BRUCE LENZ, DAVID STEPHENS, CHARLES ROSS, JOSEPH HONOR, and JOHN DOES 1-10,

        Defendants.

No. 07cv3329 (HB)

---

## STIPULATION OF RULE 41(a)(1)(ii) DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Scivantage, Inc. and defendants Wolters Kluwer Financial Services, Inc., CCH Incorporated, Christopher A. Cartwright, Brian Longe, Bruce Lenz, David Stephens, Charles Ross, and Joseph Honor (collectively, the "WKFS Defendants"), through their counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the above-captioned matter is dismissed. *The Clerk is instructed to remove this matter from my docket.*

Dated: July 20, 2007
New York, New York

Plaintiff, by its attorneys,

Richard J. Rabin (RR-0037)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
P: (212) 872-1000
F: (212) 872-10002
Email: rrabin@akingump.com

*Attorneys for Scivantage, Inc., Adnane Charchour,
Cameron Routh and Gregory Alves*

WKFS Defendants, by their attorneys,

_____
Harry Sandick (HS-2955)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
P: (212) 891-1600
F: (212) 891-1699
Email: hsandick@jenner.com
*Attorneys for WKFS Defendants*

SO ORDERED:

_____   7/30/07
U.S.D.J.

2